# SUMMONS - CIVIL
JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a
52-48, 52-259; P.B. Secs. 3-1 through 3-21, 8-1

## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

See page 2 for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer: BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 70 Huntington St., New London, CT 06320 | (860) 443-5363 | September 2, 2014 |

| ☒ Judicial District    G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☐ Housing Session    Number | New London | Major: T   Minor: 03 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Trebisacci Law Associates, LLC, 398 Liberty St., Pawcatuck, CT 06379 | 412234 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (860) 599-4000 | |

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: DRAKE, Dorothy<br>Address: 469 Glen Rd., Sparta, NJ 07871 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: SEA RESEARCH FOUNDATION, INC.<br>Address: 55 Coogan Blvd., Mystic, CT 06355, by serving its registered agent McElroy, Deutsch, Mulvaney & Carpenter, Attn: Stephen Hazard, 225 Asylum St., Hartford, CT 06103 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Raymond T. Trebisacci | Date signed<br>07/21/2014 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Cheryl L. Pelcher, 9 Oriole St., Pawcatuck, CT 06379

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>07/21/2014 | Docket Number |
|---|---|---|---|

RETURN DATE: SEPTEMBER 2, 2014

| | | |
|---|---|---|
| DOROTHY DRAKE | : | SUPERIOR COURT |
| V. | : | NEW LONDON J.D. |
| SEA RESEARCH FOUNDATION, INC. | : | JULY 21, 2014 |

## COMPLAINT

1. On Sunday, July 22, 2012 at approximately 10:35 a.m. the Plaintiff DOROTHY DRAKE was a patron at the Mystic Aquarium in Mystic, Connecticut.

2. As she was walking away from the underwater viewing area of the penguin exhibit the Plaintiff fell on an uneven area of the walkway.

3. The Mystic Aquarium is owned, controlled and/or operated by the Defendant SEA RESEARCH FOUNDATION, INC. by and through its employees or other representatives.

4. This incident occurred because of the careless, negligent conduct of the Defendant in that it:

    a. allowed the unsafe condition to exist;
    b. failed to discover the unsafe condition;
    c. failed to remedy the unsafe condition;
    d. failed to warn of the unsafe condition; and
    e. failed to restrict access to the unsafe condition.

5. As a result, the Plaintiff suffered a broken left hip and femur accompanied by physical pain and mental suffering.

6. Some of these injuries or the effects therefrom are permanent in nature or will last for an indefinite amount of time into the future.

7. In order to treat these injuries the Plaintiff has had to and will have to undergo and incur expenses for hospital and doctors visits, x-rays and medication, and surgery and other medical care.

8. As a further result, the Plaintiff has suffered an impairment to her ability to carry on her regular daily affairs.

WHEREFORE, the Plaintiff claims fair, just and reasonable money damages.

                          THE PLAINTIFF
                          DOROTHY DRAKE

                          By_____
                          Raymond T. Trebisacci
                          Trebisacci Law Associates, LLC
                          398 Liberty Street
                          Pawcatuck, CT 06379
                          860-599-4000
                          Juris No.: 412234

RETURN DATE: SEPTEMBER 2, 2014

| | | |
|---|---|---|
| DOROTHY DRAKE | : | SUPERIOR COURT |
| V. | : | NEW LONDON J.D. |
| SEA RESEARCH FOUNDATION, INC. | : | JULY 21, 2014 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is $15,000.00 or more exclusive of interest and costs.

               THE PLAINTIFF
               DOROTHY DRAKE

By _____
Raymond T. Trebisacci
Trebisacci Law Associates, LLC
598 Liberty Street
Pawcatuck, CT 06379
860-599-4000
Juris No.: 412234

ATTEST:
A TRUE COPY