UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Dorothy Drake,
    *Plaintiff*,

v.   Civil No. 3:14cv1119 (JBA)

Sea Research Foundation, Inc.,
    *Defendant*.

## ORDER

The Parties' Joint Motion to Remand [Doc. # 28] is GRANTED, without prejudice. The Clerk is directed to remand this matter to the Superior Court, Judicial District of New London at New London.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 5, 2015